IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID EARL MAYBERRY ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case Number CIV-05-1157-C |
| ) | |
| JOSEPH SCIBANA, Warden, ) | |
| ) | |
| Respondent. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on June 19, 2006. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the Petition for Writ of Habeas Corpus is DISMISSED. A judgment will enter.

IT IS SO ORDERED this 25th day of July, 2006.

ROBIN J. CAUTHRON
United States District Judge